# EXHIBIT "1"

NOT ORIGINAL DOCUMENT
06/23/2020 09:40:37 AM
88890-12

COMMONWEALTH OF KENTUCKY
ELEVENTH JUDICIAL CIRCUIT
MARION CIRCUIT COURT
DIVISION ____
CIVIL ACTION NO: 20-CI-_____

DAWN LYNNE MCCAULEY                                    PLAINTIFF

vs.                          **COMPLAINT**

HEARTLAND RECREATIONAL VEHICLES                        DEFENDANTS
c/o Penny J. Shoup
General Manager
2831 Dexter Drive
Elkhart, Indiana 46514
    Serve: SECRETARY OF STATE


AND

Thor Industries, Inc.
c/o Legal Department
601 East Beardsley Ave.
Elkhart, Indiana 46514
    Serve: SECRETARY OF STATE

AND

Elkhart Tool & Die
c/o Legal Department
2400 15th Street
Elkhart, Indiana 46517
    Serve: SECRETARY OF STATE

AND

Lippert Components, Inc.
c/o Legal Department
3501 County Road 6 East
Elkhart, Indiana 46514
    Serve: SECRETARY OF STATE


\*\* \*\* \*\* \*\* \*\*

1

Presiding Judge: HON. DAN KELLY (300056)
COM : 000001 of 000007

Filed          20-CI-00115          05/22/2020          Kim T. May, Marion Circuit Clerk

NOT ORIGINAL DOCUMENT
06/23/2020 09:40:37 AM
88890-12

Comes Dawn Lynne McCauley, by counsel, and for her complaint against the named Defendants states and alleges as follows:

1.  Plaintiff at all relevant times to this Complaint is an individual citizens and resident of Marion County, Kentucky.

2.  Defendant Heartland Recreational Vehicles currently does business in the state of Kentucky with its principal place of business located at 2831 Dexter Drive, Elkhart, Indiana 46514.

3.  Defendant Thor Industries, Inc. currently does business in the state of Kentucky with its principal place of business located at 601 East Beardsley Ave., Elkhart, Indiana 46514.

4.  Defendant Elkhart Tool & Die currently does business in the state of Kentucky with its principal place of business located at 2400 15th Street, Elkhart, Indiana 46517.

5.  Defendant Lippert Components, Inc. is a foreign for profit Corporation doing business in the state of Kentucky with its principal place of business located at 3501 County Road 6 East, Elkhart, Indiana 46514.

## COUNT I

6.  On or about May 24, 2019, Plaintiff was loading the 2017 Road Warrior camper in Marion County, Kentucky for a weekend camping trip when Plaintiff fell on the stairs.

7.  The aforementioned fall occurred when Plaintiff's left foot slipped on the black plastic strip that is part of the stairs causing the left foot to go back between the

Filed          20-CI-00115          05/22/2020          Kim T. May, Marion Circuit Clerk

Presiding Judge: HON. DAN KELLY (300056)
COM : 000002 of 000007

Filed 20-CI-00115 05/22/2020 Kim T. May, Marion Circuit Clerk

NOT ORIGINAL DOCUMENT
06/23/2020 09:40:37 AM
88890-12

stairs. When Plaintiff's left foot was lodged between the opening in the steps, Plaintiff's right foot hit the ground two steps down.

8. In addition to the steps being unreasonably slippery, the handrail was covered in a foam-like substance which ripped when Plaintiff attempted to hold secure to prevent further fall.

9. As a result Plaintiff's left ankle was fractured severely and Plaintiff's right ankle was fractured in two places and sprained.

## COUNT II

10. Plaintiff restates and realleges all of the averments contained hereinabove in Paragraphs 1-8.

11. Upon information and belief, the 2017 Heartland Road Warrior, Vin#5SFCG4438HE33370 ("RV"), which was purchased by Plaintiff McCauley was manufactured less than eight (8) years ago and sold by a dealership in London, Kentucky.

12. Plaintiff McCauley made no alterations or modifications to the 2017 Heartland Road Warrior that she was attempting to load on the day of the incident.

13. Upon information and belief either Defendant Thor Industries, Inc., Defendant Elkhart Tool & Die and Defendant Lippert Components, Inc., manufactured and sold the steps and handrail to Defendant Heartland Recreational Vehicles.

14. The negligence and carelessness of the Defendant Heartland Recreational Vehicles, Defendant Thor Industries, Inc., Defendant Elkhart Tool & Die and Defendant Lippert Components, Inc., by and through their agents, servants, employees and/or ostensible or apparent agents, servants and/or employees in negligently selecting and/or

3

Presiding Judge: HON. DAN KELLY (300056)
COM : 000003 of 000007

installing the steps of the 2017 Heartland Road Warrior were substantial factors directly and proximately caused the injuries to Plaintiff McCauley to sustain damages as described herein.

15. Defendant Heartland Recreational Vehicles, Defendant Thor Industries, Inc., Defendant Elkhart Tool & Die and Defendant Lippert Components, Inc. manufactured the steps for the 2017 Heartland Road Warrior which were defectively designed inasmuch as it had inadequate safety measures to prevent the users of the steps to fall when wet.

16. The 2017 Heartland Road Warrior used by the Plaintiff McCauley created such a risk of accident that an ordinary prudent company engaged in the manufacturer of RVs and the steps to the RVs would not have put these RVs with these steps on the market.

17. Defendant Heartland Recreational Vehicles, Defendant Thor Industries, Inc., Defendant Elkhart Tool & Die and Defendant Lippert Components, Inc. had a duty to warn Plaintiff McCauley of the dangers of using these steps in the rain.

18. There is no warning that the steps would be unreasonably slippery or that part of the handrail would slide off.

19. The instruction manual for the product specifically suggests the use of the steps through the illustrations contained in the owners manual distributed with the product.

20. Plaintiff McCauley used the steps as was intended and foreseeable by the Defendants.

Presiding Judge: HON. DAN KELLY (300056)

COM : 000004 of 000007

4

Filed        20-CI-00115        05/22/2020        Kim T. May, Marion Circuit Clerk

NOT ORIGINAL DOCUMENT
06/23/2020 09:40:37 AM
88890-12

21. Defendant Heartland Recreational Vehicles, Defendant Thor Industries, Inc., Defendant Elkhart Tool & Die and Defendant Lippert Components, Inc. are strictly liable under Kentucky Law for the 2017 Heartland Road Warrior that was sold to Plaintiff McCauley in a defective condition unreasonably dangerous in damp conditions to the user of the steps and the handrail.

22. Defendant Heartland Recreational Vehicles, Defendant Thor Industries, Inc., Defendant Elkhart Tool & Die and Defendant Lippert Components, Inc. negligently designed the steps for the 2017 Heartland Road Warrior that was used by Plaintiff McCauley.

23. Defendant Heartland Recreational Vehicles, Defendant Thor Industries, Inc., Defendant Elkhart Tool & Die and Defendant Lippert Components, Inc. failed to adequately test its product, the steps of the 2017 Heartland Road Warrior before placing same on the market.

24. Defendant Heartland Recreational Vehicles either knew or should have known that the steps presented an unreasonable danger during normal use of the product and they failed to warn the consumer of same.

25. As a direct and proximate result of the wrongful conduct of the Defendants, by and through their agents, servants and/or employees and/or ostensible and/or apparent agents, servants and employees, the Plaintiff has suffered serious personal injuries; including pain and suffering, has incurred lost wages; medical expenses.

26. Plaintiff is entitled to recover jointly and severally from the Defendants Heartland Recreational Vehicles, Thor Industries, Inc., Elkhart Tool & Die and Lippert

5

Presiding Judge: HON. DAN KELLY (300056)

COM : 000005 of 000007

Components, Inc., damages for lost wages, medical bills, pain and suffering, mental anguish, current and future medical bills.

27. Plaintiff's has suffered damages in an amount that exceeds the jurisdictional limits of this Court.

WHEREFORE, Plaintiff demands the following relief:

1. A trial by jury of all issues so triable;

2. Judgment in favor of Plaintiff against Defendant Heartland Recreational Vehicles, Defendant Thor Industries, Inc., Defendant Elkhart Tool & Die and Defendant Lippert Components, Inc. jointly and severally, providing for the payment of monetary damages to compensate Plaintiff for the losses suffered, including but not limited to those enumerated above;

3. Judgment in favor of Plaintiff providing for punitive damages against the Defendant Heartland Recreational Vehicles, Defendant Thor Industries, Inc., Defendant Elkhart Tool & Die and Defendant Lippert Components, Inc. for gross negligence and/or their willful acts resulting in injury to the Plaintiff;

4. An award of Plaintiff's reasonable attorney's fees and costs incurred herein on behalf of the Plaintiff in bringing this action to recover personal injury damages and lost wages;

5. An award of prejudgment interest; and,

6. Any and all other relief to which Plaintiff may appear entitled.

## VERIFICATION

I, Dawn Lynne McCauley, Plaintiff herein, affirms that the statements contained in this Complaint are true and accurate to the very best of my knowledge and belief.

6

_____
DAWN LYNNE MCCAULEY

**STATE OF KENTUCKY**
**COUNTY OF MARION**

I hereby certify that on this 22nd day of May, 2020, Dawn Lynne McCauley appeared before me and signed, acknowledged and swore that she executed this Complaint as her free act and deed and that she is known to me, or if not known to me, presented satisfactory evidence to me that she is the person described in and who executed this instrument.

My commission expires: May 27, 2021.

_____
NOTARY PUBLIC, State at Large
ID # 578051

## RULE 11 CERTIFICATION

I hereby certify that this complaint was this 22nd day of May, 2020, prepared by me in reliance upon the facts made known to me by the Plaintiff and that a true and accurate original bearing signatures of the parties was deposited with the Clerk of the Marion Circuit Court to commence this legal action for the purposes stated therein, together with a copy for service upon the named defendant.

/s/ROBIN C. BENNETT
ROBIN C. BENNETT
Attorney at Law
144 West Main Street
Lebanon, KY 40033
(270) 692-0684
(270) 692-0784 Facsimile

7

| AOC-E-105  Sum Code: CI |  | NOT ORIGINAL DOCUMENT 06/23/2020 09:43:22 AM |
|---|---|---|
| Rev. 9-14 | | Case #: **20-CI-00115** |
| Commonwealth of Kentucky | | 88890-12 |
| Court of Justice   *Courts.ky.gov* | | Court: **CIRCUIT** |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | County: **MARION** |

*Plantiff,* **MCCAULEY, DAWN L VS. HEARTLAND RECREATIONAL VEHICLES, ET AL,** *Defendant*

TO: **THOR INDUSTRIES, INC.**
     **C.O LEGAL DEPARTMENT**
     **601 EAST BEARDSLEY AVENUE**
     **ELKHART, IN 46514**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Kim May*
Marion Circuit Clerk
Date: **5/22/2020**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20 ____

_____  Served By

_____  Title

Summons ID: @00000054330
CIRCUIT: 20-CI-00115 Long Arm Statute – Secretary of State
MCCAULEY, DAWN L VS. HEARTLAND RECREATIONAL VEHICLES, ET AL

Page 1 of 1

eFiled

Presiding Judge: HON. DAN KELLY (300056)

CI : 000001 of 000001



NOT ORIGINAL DOCUMENT
06/23/2020 09:44:05 AM
88890-12

| AOC-E-105  Sum Code: CI | | Case #: **20-CI-00115** |
|---|---|---|
| Rev. 9-14 | | Court: **CIRCUIT** |
| Commonwealth of Kentucky  Court of Justice  Courts.ky.gov |  | County: **MARION** |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | |

*Plantiff,* MCCAULEY, DAWN L VS. HEARTLAND RECREATIONAL VEHICLES, ET AL, *Defendant*

TO: **ELKHART TOOL & DIE**
**C.O LEGAL DEPARTMENT**
**2400 15TH STREET**
**ELKHART, IN 46517**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Kim May*
Marion Circuit Clerk
Date: **5/22/2020**

Presiding Judge: HON. DAN KELLY (300056)

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20____

Served By _____

Title _____

Summons ID: @00000054331
CIRCUIT: 20-CI-00115 Long Arm Statute – Secretary of State
MCCAULEY, DAWN L VS. HEARTLAND RECREATIONAL VEHICLES, ET AL



Page 1 of 1

eFiled

CI : 000001 of 000001

NOT ORIGINAL DOCUMENT
06/23/2020 09:42:42 AM
88890-12

| | | | |
|---|---|---|---|
| AOC-E-105 Sum Code: CI | | Case #: | **20-CI-00115** |
| Rev. 9-14 | | Court: | **CIRCUIT** |
| Commonwealth of Kentucky | | County: | **MARION** |
| Court of Justice  Courts.ky.gov | | | |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | | |



*Plaintiff,* MCCAULEY, DAWN L VS. HEARTLAND RECREATIONAL VEHICLES, ET AL, *Defendant*

TO: **HEARTLAND RECREATIONAL VEHICLES**
   **C/O PENNY J. SHOUP, GENERAL MANAGER**
   **2831 DEXTER DRIVE**
   **ELKHART, IN 46514**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*/s/ Kim May*
Marion Circuit Clerk
Date: **5/22/2020**

Presiding Judge: HON. DAN KELLY (300056)

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20____     Served By _____

                                Title _____

Summons ID: @00000054329
CIRCUIT: 20-CI-00115 Long Arm Statute – Secretary of State
MCCAULEY, DAWN L VS. HEARTLAND RECREATIONAL VEHICLES, ET AL



Page 1 of 1

eFiled

NOT ORIGINAL DOCUMENT
06/23/2020 09:44:46 AM
88890-12

| | | |
|---|---|---|
| AOC-E-105  Sum Code: CI<br>Rev. 9-14<br>Commonwealth of Kentucky<br>Court of Justice  Courts.ky.gov<br>CR 4.02; Cr Official Form 1 | <br>**CIVIL SUMMONS** | Case #: **20-CI-00115**<br>Court: **CIRCUIT**<br>County: **MARION** |

*Plantiff,* **MCCAULEY, DAWN L VS. HEARTLAND RECREATIONAL VEHICLES, ET AL,** *Defendant*

TO:  **LIPPERT COMPONENTS, INC.**
     **C/O LEGAL DEPARTMENT**
     **3501 COUNTY ROAD 6 EAST**
     **ELKHART, IN 46514**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Kim May*
Marion Circuit Clerk
Date: **5/22/2020**

Presiding Judge: HON. DAN KELLY (300056)

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20 ____

Served By _____

Title _____

Summons ID: @00000054332
CIRCUIT: 20-CI-00115 Long Arm Statute – Secretary of State
MCCAULEY, DAWN L VS. HEARTLAND RECREATIONAL VEHICLES, ET AL



Page 1 of 1

eFiled

CI : 000001 of 000001



**Commonwealth of Kentucky**
**Kim T. May, Marion Circuit Clerk**

NOT ORIGINAL DOCUMENT
06/23/2020 09:45:25 AM
88890-12

Case #: **20-CI-00115**          Envelope #:  **2470703**
Received From: **ROBIN      BENNETT**          Account Of: **ROBIN      BENNETT**
Case Title: **MCCAULEY, DAWN L VS. HEARTLAND RECREATIONAL VEHICLES, ET AL**          Confirmation Number: **108814858**
Filed On **5/22/2020   2:08:28PM**

| # | Item Description | Amount |
|---|---|---|
| 1 | Access To Justice Fee | $20.00 |
| 2 | Civil Filing Fee | $150.00 |
| 3 | Money Collected For Others(Court Tech. Fee) | $20.00 |
| 4 | Library Fee | $1.00 |
| 5 | Money Collected For Others(Attorney Tax Fee) | $5.00 |
| 6 | Charges For Services(Jury Demand / 12) | $70.00 |
| 7 | Money Collected For Others(Postage) | $51.20 |
| 8 | Money Collected For Others(Secretary of State) | $40.00 |
| 9 | Charges For Services(Copy - Photocopy) | $7.20 |
| 10 | Charges For Services(Attestation) | $0.50 |
|   | **TOTAL:** | **$364.90** |